FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 17 PM 2:00

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMIE HAGER** | CIVIL ACTION |
| **VERSUS** | NO. 05-1302 |
| **BURL CAIN, WARDEN** | SECTION "A"(2) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Jamie Hager for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 17th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee ____
___ Process ____
_X_ Dktd ____
___ CtRmDep ____
___ Doc. No. ____